FILED
MARCH 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| V.I.P. SPORTS MARKETING, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN NUSSBAUMER, a New York citizen,<br><br>Defendant. | No.<br><br>**08 C 1307**<br><br>**JUDGE COAR**<br>**MAGISTRATE JUDGE COLE**<br><br>**JURY TRIAL DEMANDED** |

## DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Plaintiff V.I.P. Sports Marketing, Inc. ("VIP"), by its attorneys, Bell, Boyd & Lloyd LLP, and pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, submits the following Disclosure Statement and Notification of Affiliates:

1. There is no parent corporation or publicly held corporation that owns 10% or more of the stock of VIP, and VIP has no publicly held affiliates;

2. Alex Pramenko and Fred Pramenko each own more than 5% of VIP.

Dated: March 4, 2008

                                               V.I.P. SPORTS MARKETING, INC.,
                                               Plaintiff,

                                        By:   /s/ Jeffrey T. Petersen
                                                   One of its Attorneys

Jeffrey T. Petersen
Margaret C. Curtiss
Bell, Boyd & Lloyd LLP
Three First National Plaza
70 W. Madison Street, Suite 3100
Chicago, Illinois  60602
312.372.1121