IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| V.I.P. SPORTS MARKETING, INC., an Illinois corporation<br><br>- against -<br><br>JOHN NUSSBAUMER, a New York citizen | Petitioner(s)<br>Plaintiff(s),<br>Respondent(s)<br>Defendant(s). |

**AFFIDAVIT PROOF OF SERVICE ON A NATURAL PERSON ON A CORPORATION**

Index No. 08 C 1307
File No. _____
Docket No. _____

**STATE OF NEW YORK**
**COUNTY OF** ERIE } ss.:

MARY BETH BAUCH, being duly sworn deposes and says: that deponent is not a party to the action and of the age of 18 years or older; and that deponent served the annexed Summons AND COMPLAINT

on the Defendant(s), named herein, JOHN NUSSBAUMER

**Complete one of the following BLOCKS, and the DESCRIPTION BELOW:**

**(1) Personal Service**
☒ by personally delivering to and leaving a true copy thereof with the above defendant on the 10 day of MARCH, 20 08, at 7:15 AM(PM), at 1104 UNDERHILL ROAD, EAST AURORA, NEW YORK 14052
(address or place of service)
and that he (she) knew the person so served to be the person described as the said defendant therein.

**(2) Suitable Age / (3) Substituted Service**
☐ A. by personally delivering to and leaving a true copy thereof with _____ (name of person served) a person of suitable age and discretion, on the ___ day of _____, 20 ___, at ___ AM(PM), at _____ (address or place of service) the–dwelling place–usual place of abode–place of business within the State of New York

OR ☐ B. by affixing a true copy thereof to the defendant's door at _____ (address or place of service) _____ the–dwelling place–usual place of abode–place of business within the State of New York on ___ day of _____, 20 ___, at ___ AM(PM),

AND by mailing a true copy of the same to the defendant(s) at _____ (address mailed to, Street, No., City and State) _____ his (her) (their) last known residence or business address.

Deponent previously attempted to serve the defendant(s) with due diligence pursuant to CPLR Sec. 308(4) on: (1) ___ day of _____, 20 ___, at ___ AM (PM); (2) ___ day of _____, 20 ___, at ___ AM(PM); (3) ___ day of _____, 20 ___, at ___ AM(PM).

**(4) Corporation**
☐ by personally delivering to and leaving a true copy thereof with _____ (name of person served) at _____ (address or place of service) on ___ day of _____, 20 ___, at ___ AM(PM); deponent knew said corporation so served to be the corporation described in this action as the defendant therein, and that the said individual was the _____ (title of individual served) thereof.

The description of the person served pursuant to (1), (2) or (4) above is: Sex MALE; Skin color WHITE; Hair color BLONDE
Approx. age 31; Approx. weight 205; Approx. height 6'2"; Other identifying features _____

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

Sworn to before me, this 12TH day of MARCH, 20 08

*Monique J. Geising*
Notary Public, Erie County, N.Y.;
Commissioner of Deeds, Buffalo, N.Y.

Monique J. Geising
Notary Public, State of New York
Reg. #01GE6140695
Qualified in Erie County
My Commission Expires Feb 06, 2010

*Mary Beth Bauch*

**Esquire Process Service, Inc.**
43 Brinker Road
Lackawanna, New York 14218
Office: (716) 824-5468
Fax: (716) 824-5473

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me (1) | DATE | MARCH 10, 2008 |
| NAME OF SERVER (PRINT) MARY BETH BAUCH | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: 1104 UNDERHILL ROAD, EAST AURORA, NEW YORK 14052

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MARCH 12, 2008        *Mary Beth Bauch*
             Date                   Signature of Server

43 BRINKER ROAD, LACKAWANNA, NY 14218
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.