IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| V.I.P. SPORTS MARKETING, INC., an Illinois corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN NUSSBAUMER, a New York citizen<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　No. 08 C 1307<br>)<br>)　Honorable David H. Coar<br>)<br>)　Magistrate Judge<br>)　Jeffrey Cole<br>)<br>)<br>) |

## NOTICE OF MOTION

TO: 　Jeffrey T. Petersen
　　　Bell Boyd & Lloyd
　　　200 W. Madison, Suite 3100
　　　Chicago, Illinois 60602

　　　PLEASE TAKE NOTICE that on April 2, 2008 at 9:0 a.m., I shall appear before the Honorable Judge David H. Coar in Room 1419 of the Everett McKinley Dirksen United States Courthouse, Chicago, Illinois, and then and there present Defendant's AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT, a copy of which is attached hereto and hereby served upon you.

Robert H. Smeltzer
Ethan F. Hayward
LOWIS & GELLEN
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
(312) 364-2500
Firm ID #: 32517

## CERTIFICATE OF SERVICE

    The undersigned, a non-attorney, certifies that a copy of this notice and attached motion was served upon the above addressee by placing same in the U.S. mail, first class postage prepaid, at 200 W. Adams St., Chicago, Illinois, the 28th day of March, 2008, before the hour of 5:00 p.m.

*/s/ Susanna M. Speir*