IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| V.I.P. SPORTS MARKETING, INC., an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> JOHN NUSSBAUMER, a New York citizen, <br><br> Defendant. | No. 08 CV 01307 |

## NOTICE OF ERRATA AND NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff V.I.P. Sports Marketing, Inc. ("VIP"), by its attorneys, Bell, Boyd & Lloyd LLP, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), is voluntarily dismissing with prejudice VIP's Complaint against Defendant John Nussbaumer ("Nussbaumer"), based on a settlement between the parties.

VIP mistakenly first filed a motion for dismissal, which is hereby withdrawn. That motion is unnecessary given that Federal Rule of Civil Procedure 41(a)(1)(A)(i) permits a plaintiff to dismiss a cause of action without court order by notice served before service by the adverse party of an answer or of a motion for summary judgment, neither of which have occurred here.

VIP and Nussbaumer have settled all claims in the Complaint and VIP now wishes to dismiss this matter, with prejudice, as settled, each party to bear their own attorneys' fees and costs.

452089/E/1

Dated: April 28, 2008

                                          V.I.P. SPORTS MARKETING, INC.,
                                          Plaintiff,

                                          By:    /s/ Jeffrey T. Petersen
                                                    One of its Attorneys

Jeffrey T. Petersen
Margaret C. Curtiss
Bell, Boyd & Lloyd LLP
Three First National Plaza
70 W. Madison Street
Suite 3100
Chicago, Illinois  60602
312.372.1121

452089/E/1

**CERTIFICATE OF SERVICE**

I, Jeffrey T. Petersen, an attorney, hereby certify that on April 28, 2008, I electronically filed Plaintiff's Notice of Errata and Notice of Voluntary Dismissal using the CM/ECF system which will serve and send notification of such filing(s) to the following:

>Robert Smeltzer
>Lowis & Gellen LLP
>200 West Adams Street
>Suite 1900
>Chicago, Illinois 60606

                                    /s/ Jeffrey Petersen
                                    Jeffrey Petersen

452089/E/1