## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1307 | **DATE** | 5/7/2008 |
| **CASE TITLE** | V.I.P. Sports Marketing, Inc vs. Nussbaumer | | |

**DOCKET ENTRY TEXT**

Motion [13] by Plaintiff VIP to dismiss pursuant to settlement is Granted. This action is dismissed pursuant to the notice of voluntary dismissal. Civil case terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | sPAMF |
|---|---|---|